# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Victor Hoffmann

                              Plaintiff,

v.                                                Case No.: 1:15–cv–01237
                                                          Honorable Joan B. Gottschall

CrossCountry Mortgage, Inc.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion for voluntary dismissal [18] is granted. Civil case terminated. Motion hearing set for 4/3/15 is stricken. No appearance required. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.